UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RONNIE CONLEY,** | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:10-CV-00396-RWS-NAB |
| **DAVE DORMIRE,** | ) |
| Respondent. | ) |

## ORDER

The Court, having been advised that Petitioner is now incarcerated at Missouri Eastern Correctional Center in Pacifica, Missouri, hereby orders the Clerk of the Court to substitute the Warden at Missouri Eastern Correctional Center, Jennifer Sachse, for Dave Dormire as the Respondent to this action. *See* Fed. R. Civ. P. Rule 25(d); Rule 12 of Rules Governing § 2254 Cases.

Dated this 18th day of January, 2012.

　　　　　　　　　　　　　　　　　　　　　/s/ Nannette A. Baker　　
　　　　　　　　　　　　　　　　　　　　NANNETTE A. BAKER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE